MARWALT REALTY COMPANY, Respondent, vs. GREENE and another, Appellants.

*January 12—February 9, 1937.*

For the appellants there was a brief by *Rix, Barney & Kuelthau,* attorneys, and *G. Carl Kuelthau* of counsel, all of Milwaukee, and oral argument by *G. Carl Kuelthau.*

For the respondent there was a brief by *Lines, Spooner & Quarles,* and oral argument by *James T. Guy,* all of Milwaukee.

PER CURIAM. This case is in all material respects identical with *Marwalt Realty Co. v. Greene, ante,* p. 1, 271 N. W. 648, wherein an opinion is filed.

The order of the circuit court is affirmed.